# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | SACV 11-00206-CJC(RNBx) | Date | August 17, 2011 |
| Title | JPMorgan Chase Bank NA v. Preferred Financial Group, Inc., et al | | |

| | |
|---|---|
| Present: The Honorable | CORMAC J. CARNEY, UNITED STATES DISTRICT JUDGE |

| Michelle Urie | Not Reported | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**Proceedings:** (IN CHAMBERS) ORDER TO SHOW CAUSE RE DISMISSAL FOR LACK OF PROSECUTION

      The Court, on its own motion, hereby ORDERS plaintiff's counsel, to show cause in writing no later than August 27, 2011, why this action should not be dismissed for lack of prosecution. As an alternative to a written response by plaintiff, the Court will consider the filing of one of the following, as an appropriate response to this OSC, on or before the above date:

X    Plaintiff filing a motion for entry of default judgment

      No oral argument of this matter will be heard unless ordered by the Court. The Order will stand submitted upon the filing of a responsive pleading or motion on or before the date upon which a response is due.

      The clerk shall serve a copy of this minute order on counsel for all parties in this action.

                                                            : 0

Initials of Preparer   mu